# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

## IN ADMIRALTY

**HOLLY B. WADE,**

     **Plaintiff,**

**vs.**                            **CASE NO. 5:11-cv-40/RS-EMT**

**BRODELON MARINE, INC.,**
**R/V MR. OFFSHORE and THE**
**UNITED STATES OF AMERICA,**

     **Defendants.**
_____

## ORDER

Plaintiff has not responded to the Show Cause Order (Doc. 58). The claims against Defendant R/V MR OFFSHORE are dismissed without prejudice and Defendant R/V MR OFFSHORE is terminated as a party to this action.

**ORDERED** on March 8, 2011

                               /S/ Richard Smoak
                               **RICHARD SMOAK**
                               **UNITED STATES DISTRICT JUDGE**