IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HOLLY B. WADE,

    Plaintiff,

vs.         CASE NO. 5:11cv40/RS-EMT

BORDELON MARINE, INC. and
UNITED STATES OF AMERICA,
through the Department of Navy,

    Defendants.
_____/

## ORDER

Before me is the Report Of Rule 26(f) Conference (Doc. 67). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**IT IS ORDERED** that the parties shall file an amended joint report not later than March 25, 2011, with dates consistent with a discovery deadline of August 31, 2011, and jury trial in Panama City on November 14, 2011, or December 12, 2011.

**ORDERED** on March 16, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**